# IN THE UNITED STATES DISTRCIT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVSION

| | | |
|---|---|---|
| LAREDO VAPOR LAND, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 5:19-CV-138 |
| THE CITY OF LAREDO, JOHN PORTER & VICTOR LINARES, | § § § § | |
| Defendants. | § | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

**NOW COMES** LAREDO VAPOR LAND, LLC, Plaintiff, who requests that entry of judgment by default be entered against Defendants, THE CITY OF LAREDO, JOHN PORTER and VICTOR LINARES, pursuant to Federal Rule of Civil Procedure 55(b). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 29th day of October 2019.

    Respectfully submitted,

    THE NOTZON LAW FIRM
    NORTHTOWN PROFESSIONAL PLAZA
    6999 McPherson, Suite 325
    Laredo, TX 78041
    956/717-1961
    956/717-2789 facsimile

**Laredo Vapor Land's Motion for Entry of Default Judgment**
*Laredo Vapor Land , LLC. v. The City of Laredo.*
Page 1 of 2

By: _____
CLAUDE W. GOLDSMITH, III
State Bar No.24010058
Federal ID: _____
Email: cg@notzonlawfirm.com

**ATTORNEYS FOR PLAINTIFF
LAREDO VAPOR LAND, LLC**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Request for Entry of Default was electronically filed on the CM/ECF system and served according to the Federal Rules of Civil Procedure on September 30, 2019.

By: _____
Claude W. Goldsmith, III

Laredo Vapor Land's Motion for Entry of Default Judgment
*Laredo Vapor Land , LLC. v. The City of Laredo.*
Page 2 of 2