United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **LAREDO VAPOR LAND, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:19-CV-00138** |
| § | |
| **THE CITY OF LAREDO, TEXAS**, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order (Dkt. 60), Defendants City of Laredo, John Porter, and Victor Linares' Motion to Dismiss (Dkt. 55) was GRANTED. Plaintiff Laredo Vapor Land, LLC's claims against Defendants were DISMISSED WITHOUT PREJUDICE and the action was TERMINATED. In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." Fed. R. Civ. P. 58.

The Court hereby enters this FINAL JUDGMENT.

SIGNED this March 16, 2022.

_____
Diana Saldaña
United States District Judge

.